```
Court Name: United States District Court
Division: 1
Receipt Number: 14683033282
Cashier ID: rbroaden
Transaction Date: 01/09/2013
Payer Name: BAILEY AND GLASSER
--------------------------------------
CIVIL FILING FEE
 For: BAILEY AND GLASSER
 Amount:      $350.00
--------------------------------------
CHECK
 Remitter: BAILEY AND GLASSER
 Check/Money Order Num: 40439
 Amt Tendered: $350.00
--------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FILING FEE
113CV38
```